IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
_____
UNITED STATES OF AMERICA,     )
                              )
V.                            )    Criminal No. 1:06cr71
                              )
MAURICE AMECHE MCCOY,         )
                              )
            Defendant.        )
_____)
```

**ORDER**

This matter comes before the Court on the Defendant's motion for reconsideration and or to modify sentence imposed. It appearing to the Court that the previous sentence heretofore imposed was correct for the reasons stated, it is hereby

ORDERED that the Defendant's motion is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 29, 2007